SCOTT J. SAGARIA (CA # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (CA # 263326)
Egale@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

Jeffrey A. Topor (CA # 195545)
jtopor@snllp.com
Arvin C. Lugay (CA # 242599)
alugay@snllp.com
**SIMMONDS & NARITA LLP.**
44 Montgomery Street, Suite 3010
San Francisco, CA 94101-4816
Telephone: 415-283-1000; Facsimile: 415-352-2625
Attorneys for Defendant Citibank, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY GRANTHAM,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIBANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>    Defendants. | Case No.: 3:12-cv-04227-JSW<br><br>STIPULATED REQUEST FOR DISMISSAL AND ORDER THEREON |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully requests that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

STIPULATED REQUEST FOR DISMISSAL - 1

| | |
|---|---|
| | **Sagaria Law, P.C.** |
| Dated: December 13, 2012 | /s/ Elliot Gale |
| | Scott Sagaria, Esq.<br>Elliot Gale, Esq.<br>Attorneys for Plaintiff |
| | |
| | **Simmonds & Narita LLP.** |
| Dated: December 12, 2012 | /s/ Jeffrey Topor |
| | Jeffrey Topor, Esq.<br>Arvin Lugay, Esq. |

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: December 14, 2012

_____
UNITED STATES DISTRICT JUDGE