```
1   SCOTT J. SAGARIA (CA # 217981)
    SJSagaria@sagarialaw.com
2   ELLIOT W. GALE (CA # 263326)
    Egale@sagarialaw.com
3   SAGARIA LAW, P.C.
    333 West San Carlos Street, Suite 1750
4   San Jose, CA 95110
    408-279-2288 ph
5   408-279-2299 fax

6   Attorneys for Plaintiff

7   Jeffrey A. Topor (CA # 195545)
    jtopor@snllp.com
8   Arvin C. Lugay (CA # 242599)
    alugay@snllp.com
9   SIMMONDS & NARITA LLP.
    44 Montgomery Street, Suite 3010
10  San Francisco, CA 94101-4816
    Telephone: 415-283-1000; Facsimile: 415-352-2625
11  Attorneys for Defendant Citibank, N.A.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY GRANTHAM,<br><br>        Plaintiff,<br><br>  v.<br><br>CITIBANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>        Defendants. | Case No.: 3:12-cv-04227-JSW<br><br>STIPULATED REQUEST FOR DISMISSAL AND ORDER THEREON |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully requests that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

STIPULATED REQUEST FOR DISMISSAL - 1

| | |
|---|---|
| Dated: December 13, 2012 | **Sagaria Law, P.C.** |
| | /s/ Elliot Gale |
| | Scott Sagaria, Esq. |
| | Elliot Gale, Esq. |
| | Attorneys for Plaintiff |
| | |
| | **Simmonds & Narita LLP.** |
| Dated: December 12, 2012 | /s/ Jeffrey Topor |
| | Jeffrey Topor, Esq. |
| | Arvin Lugay, Esq. |

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: December 14, 2012

_/s/ Jeffrey S. White_
UNITED STATES DISTRICT JUDGE